**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6911**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

        v.

JERMAINE LAMAR CAREY, a/k/a Timmy,

              Defendant – Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:02-cr-00035-JPB-JES-8)

Submitted:  February 19, 2009      Decided:  February 23, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Joseph Kornbrath, Federal Public Defender, Clarksburg, West Virginia, for Appellant.  Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Lamar Carey appeals the district court's order granting in part and denying in part his motion for reduced sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Carey, No. 3:02-cr-00035-JPB-JES-8 (N.D.W. Va. May 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED